Order issued November /3 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00328-CV

**RONG TANG, Appellant**

**V.**

**TEXAS WORKFORCE COMMISSION, Appellee**

## ORDER

We **GRANT** appellant's November 8, 2012 motion for an extension of time to file a reply brief. Appellant shall file his reply brief on or before November 29, 2012.

ELIZABETH LANG-MIERS
JUSTICE